IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL O. PANSINI et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-3948 |
| THE TRANE COMPANY et al., | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 6th day of March, 2018, upon consideration of the Motion to Dismiss of Defendant Ferguson Enterprises (Doc. No. 17), the Motion to Dismiss of Defendants Ingersoll Rand and the Trane Company (Doc. No. 18), and the Responses and Replies thereto (Doc. Nos. 19, 21, 36, and 37), **it is HEREBY ORDERED** as follows:

1. The Motions to Dismiss (Doc. Nos. 17 and 18) are **GRANTED in part and DENIED in part**.

2. The Clerk of Court shall dismiss Defendants Lyon Conklin & Company and Ferguson Lyon Conklin from the case.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE