IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL O. PANSINI et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-3948 |
| THE TRANE COMPANY et al., | : | |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 9th day of May, 2018, upon consideration of the Motion to Dismiss of Third-Party Defendant Marvin E. Kanze, Inc. (Doc. No. 30), the Response in Opposition of Third-Party Plaintiff Ferguson Enterprises, Inc. (Doc. No. 35), oral argument on April 27, 2018, and the post-argument Reply in Opposition (Doc. No. 44), **it is ORDERED** that the Motion to Dismiss of Third-Party Defendant Marvin E. Kanze, Inc. (Doc. No. 30) is **GRANTED**. The **Clerk of Court** shall dismiss Third-Party Defendant Marvin E. Kanze, Inc. from the case.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE