IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **MICHAEL O. PANSINI et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **THE TRANE COMPANY et al.,** | : | NO. 17-3948 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 7th day of June, 2019, upon consideration of Plaintiffs Michael O. Pansinis' and Elisa Pansinis' Motion for Reconsideration or Interlocutory Appeal (Doc. No. 89) and Defendants the Trane Company's and Ingersoll Rand's response thereto (Doc. No. 90), **it is ORDERED** that the Motion (Doc. No. 89) is **DENIED** as set out in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE